IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| GILBERT ALEJANDRO, #259668 | § | |
| | § | |
| VS. | § | CIVIL NO. 4:26-CV-00388-SDJ-BD |
| | § | |
| SHERIFF TRACY MURPHREE, ET | § | |
| AL. | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge in this action (the "Report"), (Dkt. #12), this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 3, 2026, the Magistrate Judge entered the Report, containing proposed findings of fact and recommendations that the case be dismissed without prejudice.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed,[1] the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that the case is **DISMISSED** without prejudice. All motions by either party not previously ruled on are hereby **DENIED**.

---

[1] On June 15, 2026, a copy of the Report was returned as undeliverable and marked "RETURN TO SENDER–NOT IN DENTON COUNTY JAIL-RELEASED 5/14/26." (Dkt. #13). Plaintiff has not updated his address with the Court as required by the Local Rules. *See* Loc. R. CV-11(d) ("A *pro se* litigant must provide the court with a physical address (i.e., a post office box is not acceptable) and is responsible for keeping the clerk advised in writing of his or her current physical address.").

**So ORDERED and SIGNED this 22nd day of June, 2026.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE